Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia ▾

_____CIVIL___ Division

SUSAN KNISELY

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

OFFICE OF THE ASSISTANT ATTORNEY
GENERAL, CRIMINAL DIVISION, U.S.
DEPARTMENT OF JUSTICE

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*   ☐ Yes   ☑ No

Case: 1:23−cv−02071
Assigned To : Unassigned
Assign. Date : 7/13/2023
Description: Pro Se Gen. Civ. (F−DECK)

## COMPLAINT FOR A CIVIL CASE

**RECEIVED**

JUL 13 2023

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

| | |
|---|---|
| Name | Susan Knisely |
| Street Address | 2375 E. Tropicana #8-709 |
| City and County | Las Vegas |
| State and Zip Code | Nevada, 89119 |
| Telephone Number | 725-910-5826 |
| E-mail Address | susan.c.knisely@outlook.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

    Name      Office of the Assistant Attorney General, Criminal Division

    Job or Title *(if known)*      U.S. Department of Justice

    Street Address      950 Pennsylvania Avenue, NW

    City and County      Washington D.C.,

    State and Zip Code      District of Columbia, 20530

    Telephone Number      (202) 514-2000, (202) 353-4641

    E-mail Address *(if known)*      Criminal.Division@usdoj.gov

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question                    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
-34 U.S.C. § 20144: Justice for United States Victims of State Sponsored Terrorism Act -Foreign Sovereign Immunities Act 28 U.S.C. §§ 1330-1332, 1367 and 1605A(a), 28 U.S. Code § 1605A -Terrorism exception to the jurisdictional immunity of a foreign state
-Federal Rules of Civil Procedure 45 and 37.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

      b.      If the defendant is a corporation

            The defendant, *(name)* _____ , is incorporated under

            the laws of the State of *(name)* _____ , and has its

            principal place of business in the State of *(name)* _____ .

            Or is incorporated under the laws of *(foreign nation)* _____ ,

            and has its principal place of business in *(name)* _____ .

            *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.      The Amount in Controversy

            The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
            Unknown

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

The Plaintiff cannot overcome the federal governments Glomar response, exemptions and Executive Orders related to national security law to obtain the public release of information for a future case against a state sponsor of terrorism, the Islamic Republic of Iran in order to collect restitution and any Informer award (if applicable) through the U.S. Victims of State Sponsored Terrorism fund. To date the Plaintiff has been unable to get a federal court to take her case and believes the reason is the court cannot easily see the value in the case because of classification issues. The Plaintiff believes the Defendent releasing numerical values of restitution compensation and Informer compensation based on their criminal case information is convincing evidence.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. The Plaintiff asks the Court to grant the enclosed Motion to Compel the federal government Defendant to answer with a numerical value of restitution and informer award. For additional clarification purposes, the Plaintiff asks the Defendant to answer with a numerical value of restitution related to the four categories under the Foreign Sovereign Immunities Act, Terrorism Exemption of torture, hostage taking, extrajudicial killing and aircraft sabotage.

2. The Plaintiff asks the Court to require the federal government Defendant to answer with a numerical value of restitution and informer award at a quarterly timeframe as this case has no endpoint as to the number of suspected terrorists that will surface before the Plaintiff.

---

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            07/13/2023

Signature of Plaintiff
Printed Name of Plaintiff        Susan Knisely

### B.      For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN KNISELY<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICE OF THE ASSISTANT<br>ATTORNEY GENERAL, CRIMINAL<br>DIVISION<br><br>    Defendant. | No.<br><br><br>**MOTION TO COMPEL: NUMERICAL<br>VALUE OF RESTITUTION AND<br>INFORMER AWARD** |

## <u>INTRODUCTION</u>

The Plaintiff Susan Knisely files a motion to compel the Defendant, Office of the Assistant

Attorney General Criminal Division to provide a numerical value of restitution and informer

award as the subject matter (intelligence records etc.) for the Plaintiff to be able to calculate the

same herself or through a knowledgeable attorney is classified by the federal government

Defendant and the Plaintiff has no access to the information. The Plaintiff is having extreme

difficulty convincing the U.S. District Court that her restitution case has value.

## <u>VENUE</u>

Venue is appropriate as the Defendant resides in the District of Columbia.

## STATEMENT OF FACTS

1.  The Defendant has led the Plaintiff to believe that she can collect restitution through the U.S. Victims of State Sponsored Terrorism Fund (USVSST) through Senate inquiry responses, (Senate inquiry responses from the Office of the Assistant Attorney General Criminal Division to U.S. Senator Krysten Sinema of Arizona, Exhibits 1 and 2.)

2.  The Defendant knows their criminal case is classified and the Plaintiff cannot obtain public documents for a civil lawsuit against a state sponsor of terrorism.

3.  The Plaintiff has spent two years researching and planning how to obtain the required judgement for the U.S. Victims of State Sponsored Terrorism Fund (USVSST) factoring in the classified issue of document evidence necessary for the Court.

4.  No private attorney will take the Plaintiffs case.

5.  The Plaintiff has already been publicly insulted twice by two federal courts for bringing forth a case. The first time was in the District of Columbia in which the law clerks for the Chief Judge assisted post judgement in an investigation as to the circumstances of why the Plaintiff's exhibits did not make it to the file before judgement, (Knisely v Garland, 1:23-cv-01271-UNA, 2023), The second time was in the District of Nevada, (Knisely v Office of the Assistant Attorney General, Criminal Division 2:23-cv-00821-JAD-NJK, 2023).

6.  The U.S. Victims of State Sponsored Terrorism fund will distribute an additional 10% informer award by the U.S. Attorney General, but the judgement requirement must be met. While a restitution judgement distribution and an award distribution are two distinct

types of financial compensation, Congress made the two types of dependent on each

other in the statue that governs the U.S. Victims of State Sponsored Terrorism fund.

Without a submitted eligible judgement, an Informer will not receive an award even if

they otherwise qualify by the U.S. Attorney General, (34 USC 20144(g)).

7.  The Plaintiff has spent too much time and effort on a case in which the value of the case

cannot be weighed against the time and effort spent because the subject matter is

classified by the Defendant.

8.  The Plaintiff has suffered severe emotional distress because of the time spent on case

research and planning with no return on investment in the form of financial

compensation. The time spent on researching and preparing for a case against a state

sponsor of terrorism for a restitution order could have been used on another business

action that is not volatile like the U.S. Victims of State Sponsored Terrorism fund.

9.  The Plaintiff will need a numerical value of restitution and an informer award to convince

a future judge that her case has value. The Plaintiff's existing documents have not

appeased a U.S. District Court, (Knisely v Office of the Assistant Attorney General,

Criminal Division 2:23-cv-00821-JAD-NJK, 2023).

10. The Plaintiff requested an Abstract of Judgement with "no identifying Court

information," over a year ago. The receipt of this Abstract of Judgement is being

followed up with casework by U.S. Congressman Diaz-Balart's office. While the Plaintiff

believes the Abstract of Judgement will likely come from a Judge authorized to hear

matters of national security which may involve the Foreign Intelligence Surveillance Act

Court (FISA Court), the Plaintiff has not been updated directly on its status, only through

Congress. It is not clear if the Abstract of Judgement intends to override a judgement in

U.S. District Court for restitution collection, with the U.S. Victim of State Sponsored Terrorism fund or if its execution is within the Iranian frozen assets contained within the U.S. Department of Treasury. It is also not clear if an estimated amount of restitution has been determined at this time.

11. As of this date, the Plaintiff has missed four distribution rounds from the U.S. Victims of State Sponsored Terrorism fund (USVSST) and any award by the U.S. Attorney General as an Informer. The Plaintiff will continue to miss any award by the U.S. Attorney General as an Informer in the future without a restitution judgement.

12. The Plaintiff believes that a federal Court will take her case seriously if she can provide evidence of value from the Defendant.

13. The Plaintiff cannot categorize persons, situations and events into a category required by the Foreign Sovereign Immunities Act, Terrorism Exemption, (torture, hostage taking, extrajudicial killing or aircraft sabotage) for a future case against the Islamic Republic of Iran as the intelligence needed to be able to do so is classified by the Defendant.

14. The case over an eighteen-year history in the United States with international extensions. The last time the Plaintiff made a report to a Counterterrorism law enforcement agency otherwise known as a Federal Bureau of Investigation (FBI) led Joint Terrorism Task Force (JTTF) was on July 12, 2023, at 12:35 p.m., local Pacific time in Las Vegas Nevada, less than 24 hours of the submission of this case filing. This case is ongoing and has no endpoint as to the number of suspected terrorists that will surface around the Plaintiff. Therefore, the Plaintiff feels it is necessary to receive an updated restitution amount from the Defendant at the minimum quarterly.

## <u>REQUEST FOR RELIEF</u>

1. The Plaintiff asks the Court to grant this Motion to Compel the federal government Defendant to answer with a numerical value of restitution and informer award. For additional clarification purposes, the Plaintiff asks the Defendant to answer with a numerical value of restitution related to the four categories under the Foreign Sovereign Immunities Act, Terrorism Exemption of torture, hostage taking, extrajudicial killing and aircraft sabotage.

2. The Plaintiff asks the Court to require the federal government Defendant to answer with a numerical value of restitution and informer award at the minimum of quarterly as this case has no endpoint as to the number of suspected terrorists that will surface before the Plaintiff.

Respectfully submitted by,

Susan Knisely, in *Pro Se*

on July 13, 2023

## **EXHIBIT LIST**

1. **Exhibit 1**: Office of the Assistant Attorney General, Criminal Division, U.S. Department of Justice. U.S. Senate response letter, U.S. Senator Krysten Sinema of Arizona, Legislative Affairs response letter dated May 7, 2023.

2. **Exhibit 2:** Office of the Assistant Attorney General, Criminal Division, U.S. Department of Justice, U.S. Senate response letter, U.S. Senator Krysten Sinema of Arizona, Legislative Affairs response letter, not dated but received after May 7, 2023.

EXHIBIT 1

Case 1:23-cv-02071-CKK   Document 1   Filed 07/13/23   Page 13 of 16

Case 1:23-cv-02071-CKK   Document 1   Filed 07/13/23   Page 13 of 16



**U.S. Department of Justice**

Criminal Division

*Office of the Assistant Attorney General*

*Washington, D.C. 20530*

May 7, 2021

The Honorable Kyrsten Sinema
United States Senator
3333 East Camelback Road, Suite 200
Phoenix, AZ 85018

     Attn: Carlos Ramos

Dear Senator Sinema:

     This responds to your letter to the Department of Justice dated March 10, 2021, on behalf of your constituent, Ms. Susan Knisely, inquiring about the collection of restitution for victims of Iranian terrorism.

     The United States Victims of State Sponsored Terrorism Fund ("USVSST Fund"), created in 2015 by the Justice for United States Victims of State Sponsored Terrorism Act, provides compensation to certain United States persons who were injured in acts of international state-sponsored terrorism. *See* 34 U.S.C. § 20144. In general, the USVSST Fund may compensate eligible United States persons who hold a final judgment issued by a United States district court awarding the applicant compensatory damages arising from acts of international terrorism for which a foreign state sponsor of terrorism was found not immune from the jurisdiction of the courts of the United States under the Foreign Sovereign Immunities Act. 34 U.S.C. § 20144(c)(3)(A). The United States government has designated Iran as a state sponsor of terrorism.

     The USVSST Fund maintains a public website (http://www.usvsst.com/), updated regularly, that provides comprehensive information about the USVSST Fund, including eligibility requirements. The USVSST Fund does not have a record of a claim submitted by Ms. Knisely.

     We hope this information is helpful. Please do not hesitate to contact the Office of Legislative Affairs if we may provide additional assistance regarding this or any other matter.

                    Sincerely,

                    Acting Chief of Staff

EXHIBIT 2



**U.S. Department of Justice**

Criminal Division

---

*Office of the Assistant Attorney General*                         *Washington, D.C.  20530*

The Honorable Kyrsten Sinema
3333 East Camelback Road, Suite 200
Phoenix, AZ 85018

      Attn: Carlos Ramos

Dear Senator Sinema:

      This responds to your letter to the Department of Justice dated October 21, 2021, on behalf of your constituent Ms. Susan Knisely, inquiring about "collecting restitution under the Victims of Iranian Terrorism Act and associated act afforded to victims of Iranian terrorism."

      As stated in our response to your letter to the Department of Justice dated March 10, 2021, the United States Victims of State Sponsored Terrorism Fund (USVSST Fund), created in 2015, provides compensation to certain United States persons who were injured in acts of international state-sponsored terrorism.  *See* 34 U.S.C. § 20144.  In general, the USVSST Fund may compensate eligible United States persons who hold a final judgment issued by a United States district court awarding the applicant compensatory damages arising from acts of international terrorism for which a foreign state sponsor of terrorism was found not immune from the jurisdiction of the courts of the United States under the Foreign Sovereign Immunities Act.  34 U.S.C. § 20144(c)(3)(A). As you know, the United States government has designated Iran as a state sponsor of terrorism. The USVSST Fund's website, updated regularly, provides comprehensive information about the USVSST Fund, including eligibility requirements.

      To date, the USVSST Fund has allocated or paid over $3 billion to eligible victims of terrorism in three rounds of payment.   The USVSST Fund received an application from Ms. Knisely on August 24, 2021.  Ms. Knisely submitted her application after the third round of payments, so the USVSST Fund will consider it for the fourth round.  Once the USVSST Fund reviews her claim for fourth-round eligibility, the USVSST Fund will communicate further with her regarding her application and eligibility.  Please note that, as indicated on the USVSST Fund's website (http://www.usvsst.com/), the timing of the fourth round of payments cannot yet be determined.

The Honorable Kyrsten Sinema
Page 2

We hope this information is helpful.  Please do not hesitate to contact the Office of Legislative Affairs if we may provide additional assistance regarding this or any other matter.

Sincerely,

Acting Chief of Staff