UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN KNISELY,<br><br>      Plaintiff,<br><br>  v.<br><br>OFFICE OF THE ASSISTANT ATTORNEY GENERAL,<br><br>      Defendant. | Civil Action No. 23-2071 (CKK) |

**DEFENDANT'S MEMORANDUM IN RESPONSE TO
<u>PLAINTIFF'S MOTION TO DISMISS</u>**

By and through undersigned counsel, the Office of the Assistant Attorney General, Criminal Division ("Defendant"), respectfully submits this response to Plaintiff Susan Knisely's Motion to Dismiss (ECF No. 38).

On April 11, 2024, Plaintiff filed a motion asking the Court to dismiss the case in its entirety without prejudice. ECF No. 38 at 1. Plaintiff discussed her ability to overthrow a civil conspiracy to protect her ex-boyfriend and explains that she "has determined that there is a conflict of interest." *Id.* "For this reason, the Plaintiff moves to dismiss because of a conflict of interest." *Id.* Plaintiff explains that she "does not approve of plea agreements at all, especially on illegal aliens and terrorists, and Special Master Mary Patrice Brown of the U.S. Victims of State Sponsored Terrorism fund has a published book on the value of plea agreements to the government. The Plaintiff's position is never going to change, and it is not likely that Special Master Brown's position will either." *Id.* at 2.

Despite Defendant's inability to decipher what exactly Plaintiff is asserting in her motion, it does not oppose dismissing this case without prejudice. In fact, on the day Plaintiff's motion was

docketed, undersigned counsel emailed Plaintiff and explained that Defendant would stipulate to the dismissal of this action under Federal Rule of Civil Procedure 41(a)(1)(ii). *See* Def.'s Ex. 1. Plaintiff did not respond to the undersigned's email, and instead filed a "Notice of Constitutional Question" with the Court, accusing Defendant of "bullying acts." *See* ECF No. 39. As the Court can see, no such act occurred. Defendant believed, based on Plaintiff's motion to dismiss, that Plaintiff wanted this case dismissed. A stipulation of dismissal would have accomplished that goal.

For the foregoing reasons, the Court should dismiss this case.

Dated: April 24, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     /s/ *Kaitlin K. Eckrote*
KAITLIN K. ECKROTE, D.C. Bar #1670899
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2485
Kaitlin.Eckrote@usdoj.gov

*Attorneys for the United States of America*